

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Kroessler  individually, and on behalf of all others similarly situated | Civil Action No.   19cv0277-CAB-JLB |
| Plaintiff, | |
| V. | |
| CVS Health Corporation | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons explained above, Defendant's motion to dismiss [Doc. No. 9] is GRANTED and Defendant's motion to strike [Doc. No. 10] is DENIED as moot. Case Closed.
It is SO ORDERED.

| | |
|---|---|
| **Date:**         5/16/19 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  A. Hazard |
| | A. Hazard, Deputy |